The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HOLLIANNE AND JACOB YRACEBURU,

Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., and
NAVY FEDERAL CREDIT UNION,

Defendants.

No. 2:24-cv-00362-BJR

**STIPULATED MOTION AND PROPOSED ORDER RE STAY OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT JPMORGAN CHASE BANK NA PENDING ARBITRATION**

## STIPULATION

Plaintiffs Hollianne and Jacob Yraceburu and Defendant JPMorgan Chase Bank N.A stipulate and jointly move the Court for an order staying all claims against JPMorgan Chase Bank. These parties have agreed to have all claims asserted in this action against JPMorgan Chase Bank proceed in private arbitration in accordance with the contract between the parties. The Court has the authority to stay proceedings pending arbitration. 9 USC § 3 ("If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement,

STIPULATED MOTION AND PROPOSED ORDER RE STAY - 1
NO. 2:24-CV-00362-BJR

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

122006.0307/9705434.1

providing the applicant for the stay is not in default in proceeding with such arbitration.") The moving parties agree that the proceedings against JPMorgan Chase Bank are referable to arbitration and that neither is in default in proceeding with such arbitration. Accordingly, the parties seek an order staying the claims against JPMorgan Chase Bank pending arbitration.

DATED this 2nd day of April, 2024

| ANDERSON SANTIAGO PLLC | LANE POWELL PC |
|---|---|
| By _s/Jason D. Anderson_<br>　Jason D. Anderson, WSBA 38014<br>　T. Tyler Santiago, WSBA 46004<br>　207B Sunset Blvd. N.<br>　Renton WA  98057<br>　Tel: 206-395-2665<br>　jason@alkc.net<br>　tyler@alkc.net<br><br>Attorneys for Plaintiffs | By _s/Katie D. Bass_<br>　Katie D. Bass, WSBA No. 51369<br>　Pilar French, WSBA No. 33300<br>　1420 Fifth Avenue, Suite 4200<br>　P.O. Box 91302<br>　Seattle, Washington 98111-9402<br>　Telephone:  206.223.7000<br>　bassk@lanepowell.com<br>　frenchp@lanepowell.com<br><br>Attorneys for Defendant JPMorgan Chase Bank, NA |

STIPULATED MOTION AND PROPOSED ORDER RE STAY - 2
No. 2:24-cv-00362

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

122006.0307/9705434.1

# ORDER

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that the claims of Plaintiffs against Defendant JPMorgan Chase Bank NA are hereby stayed _____.

Dated this ____ day of _____, 2024.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

Presented by:

LANE POWELL PC


By  *s/Katie D. Bass*
    Katie D. Bass, WSBA No. 51369
    Pilar French, WSBA No. 33300
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, Washington 98111-9402
    Telephone:  206.223.7000
    bassk@lanepowell.com
    feenchp@lanepowell.com

Attorneys for Defendant JPMorgan Chase Bank NA

ANDERSON SANTIAGO PLLC


By *s/Jason D. Anderson*
    Jason D. Anderson, WSBA 38014
    T. Tyler Santiago, WSBA 46004
    207B Sunset Blvd. N.
    Renton WA  98057
    Tel: 206-395-2665
    jason@alkc.net
    tyler@alkc.net

Attorneys for Plaintiffs

STIPULATED MOTION AND PROPOSED ORDER RE STAY - 3
No. 2:24-cv-00362

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

122006.0307/9705434.1